# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

RUBY POWELL, :

    Plaintiff, :

vs.                                        CA 05-0318-BH-C

                                  :

JO ANNE B. BARNHART,
Commissioner of Social Security, :

    Defendant.

## **ORDER**

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a *de novo* determination of those portions of the recommendation to which objection is made, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated August 12, 2005, is **ADOPTED** as the opinion of this Court.

**DONE** this 26th day of September, 2005.

                                                             s/ W. B. Hand
                                                    **SENIOR DISTRICT JUDGE**