IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| RUBY POWELL, | : |
| Plaintiff, | : |
| vs. | CA 05-0318-BH-C |
| | : |
| JO ANNE B. BARNHART, | |
| Commissioner of Social Security, | : |
| Defendant. | |

## JUDGMENT

In accordance with the order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that plaintiff's motion to proceed in this action *in forma pauperis*, as amended (Docs. 2 & 5), be and the same hereby is **DENIED**. Plaintiff's failure to pay the $250.00 filing fee within thirty (30) days of the entry of this judgment will result in the dismissal of this action with prejudice.

**DONE** this 26th day of September, 2005.

                                                            s/ W. B. Hand
                                         **SENIOR DISTRICT JUDGE**